**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 09, 2010**

_____

BK1005212
RAH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| IN RE: | Case No. 10-33384 |
| Stanley E. Lynch<br>Sarah R Lynch | Chapter 7 |
| | Judge Humphrey |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #11) FOR PROPERTY LOCATED AT (215 ORCHARD DRIVE SPRINGBORO , OH 45066)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. on June 9, 2010 as document number 11. Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 215 Orchard Drive  Springboro, OH 45066.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
Bar Registration No.0077062
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Brookside Homeownders Associates, Inc. - Creditor
PO Box 524
Springboro, OH 45066
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Fifth Third Bank - Creditor
5050 Kingsley Dr.
Cincinnati, OH 45227
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Warren County Treasurer - Creditor
406 Justice Drive
Lebanon, OH 45036
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Wells Fargo Bank NA - Creditor
PO Box 31557
Billings, MT 59107
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###